UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAOUL V. NORMANDIA, JR.,<br>CHASE FRIEDRICH, and<br>IVAN ARMENTA,<br><br>Defendants. | Case No. CR20-110RSL<br><br>ORDER CONTINUING<br>TRIAL AND PRETRIAL<br>MOTIONS DATES |

This matter comes before the Court on the joint motion of the United States of America and defendants Chase Friedrich and Ivan Armenta, to continue the current trial and pretrial motions dates. Dkt. # 88. Defendant Raoul V. Normandia, Jr. opposes the motion. Id. Having considered the facts set forth in the motion, and Friedrich's and Armenta's knowing and voluntary waivers, Dkts. # 89–90, the Court finds as follows:

1.      As reflected in General Orders 01-20, 08-20, 13-20, 15-20, and 18-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, and other prior orders incorporated herein by reference, a jury trial in this case cannot proceed on the currently scheduled trial date of February 8, 2021, due to the COVID-19 pandemic, public health concerns and social distancing

ORDER CONTINUING TRIAL AND
PRETRIAL MOTIONS DATES - 1

1. requirements, and the inability to impanel a jury and accommodate the multiple defendants, their counsel, government counsel, witnesses, and interpreters.

2. The Court adopts the facts set forth in the stipulated motion: in particular, that discovery in this case is voluminous, that the pandemic has presented serious challenges to defense counsels' ability to fully and adequately review discovery, that the case—which involves the death of a sailor—is unusual and complex, and that the number of defendants and attorneys needed for a jury trial in this particular case presents challenges in ensuring the courtroom complies with social distancing guidelines promulgated by local and national health officials. Dkt. # 88.

3. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). This is particularly true where, as is the case here, the COVID-19 pandemic has created challenges for counsel for the defendants to effectively assist in their representation of their clients.

4. The nature of the charges, the number of defendants, and the voluminous discovery renders this case to be so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits of the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(B)(ii).

5. Due to the Court's reduced ability to obtain an adequate spectrum of jurors, and the impact of the aforementioned public health concerns on Court operations, the Court finds that a failure to continue the trial date in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

6. The additional time requested is a reasonable period of delay, and the additional time requested between the current trial date of February 8, 2021 and the proposed trial date of July 19, 2021, is necessary to provide defense counsel reasonable time to prepare for trial considering all of the facts set forth in the motion.

7. Friedrich and Armenta have executed waivers indicating that each has been advised of his right to a speedy trial and that, after consulting with counsel, each has knowingly

ORDER CONTINUING TRIAL AND
PRETRIAL MOTIONS DATES - 2

and voluntarily waived that right and consented to the continuation of his trial to a date up to and including August 2, 2021, Dkts. # 88–89, which will permit the trial to start on July 19, 2021.

8. The Court further finds that the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendants in a speedy trial. <u>See</u> 18 U.S.C. § 3161(h)(7)(A); <u>see also</u> W.D. Wash. Gen. Order Nos. 15-20, 18-20.

IT IS HEREBY ORDERED that the trial date be continued from February 8, 2021 to July 19, 2021.

IT IS FURTHER ORDERED that the pretrial motions deadline be continued to June 4, 2021.

IT IS FURTHER ORDERED that the period of time from the current trial date of February 8, 2021, up to and including July 19, 2021, shall be excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B). The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

IT IS SO ORDERED.

DATED this 27th day of January, 2021.

Robert S. Lasnik
United States District Judge